**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00169-CV**
_____

**IN RE DENNIS FALTYSEK JR.**

**Original Proceeding**
**411th District Court of Polk County, Texas**
**Trial Cause No. CIV22-0377**

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, Dennis Faltysek Jr. asks this Court to compel the trial court to vacate an order granting a motion for new trial following a post-answer default judgment and reinstate the Order in Suit to Modify the Parent-Child Relationship. The relator has the burden of providing this Court with a sufficient record to establish his right to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). After considering the petition for a writ of mandamus, the appendix, and the reporter's record of the hearing on the motion for new trial, and based upon the mandamus record, we conclude that the relator has not shown that he is entitled to the relief sought in his petition.

1

Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on June 21, 2023
Opinion Delivered June 22, 2023

Before Horton, Johnson and Wright, JJ.